IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JAKETRA BRYANT *on behalf of*          *
*minor child* C.B.,
                                       *
    Plaintiffs,
                                       *
vs.                                              CASE NO. 4:21-cv-205-CDL
                                       *
CALVARY CHRISTIAN SCHOOL OF
COLUMBUS GEORGIA INC.,                 *

    Defendant.                    *

_____

O R D E R

The Defendant seeks judgment on the pleadings.  But such a motion may only be granted if Plaintiff's factual allegations in her complaint taken as true do not state plausible claims for the relief sought.  *Carbone v. Cable News Network*, 910 F.3d 1345, 1350 (11th Cir. 2018).  Plaintiff's complaint states plausible claims, except for her attempt to recover emotional distress and punitive damages which are not recoverable under the Rehabilitation Act and Title VI.  *See Cummings v. Premier Rehab Keller, P.L.L.C.*, 142 S. Ct. 1562, 1576 (2022); *Barnes v. Gorman*, 536 U.S. 181, 189–90 (2002).  Accordingly, Defendant's motion (ECF No. 29) is denied, except that Plaintiff shall not be allowed to recover emotional distress or punitive damages.[1]

_____

[1] Although the Court has studied the parties' briefs and thoroughly considered their arguments, the Court finds it unnecessary to issue

IT IS SO ORDERED, this 10th day of February, 2023.

S/Clay D. Land
_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

---

a detailed opinion, which the Court will do when it decides any future summary judgment motion.