```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

JAKETRA BRYANT *on behalf of*  \*
*minor child* C.B.,
                                                  \*
    Plaintiffs,
                                                  \*
vs.                                                      CASE NO. 4:21-cv-205-CDL
                                                  \*
CALVARY CHRISTIAN SCHOOL OF
COLUMBUS GEORGIA INC.,         \*
    Defendant.                    \*

## O R D E R

The Court's order docketed earlier today regarding Defendant's motion for judgment on the pleadings is vacated, and the following order is issued in its place. The only change is clarification that the Court's ruling regarding Plaintiff's claim for the recovery of emotional distress and punitive damages is restricted to her Rehabilitation Act and Title VI claims. This ruling does not apply to her other claims asserted pursuant to 42 U.S.C. §1981.

The Defendant seeks judgment on the pleadings. But such a motion may only be granted if Plaintiff's factual allegations in her complaint taken as true do not state plausible claims for the relief sought. *Carbone v. Cable News Network*, 910 F.3d 1345, 1350 (11th Cir. 2018). Plaintiff's complaint states plausible claims, except for her attempt to recover emotional distress and punitive

damages which are not recoverable under the Rehabilitation Act and Title VI. *See Cummings v. Premier Rehab Keller, P.L.L.C.*, 142 S. Ct. 1562, 1576 (2022); *Barnes v. Gorman*, 536 U.S. 181, 189–90 (2002). Accordingly, Defendant's motion (ECF No. 29) is denied, except that Plaintiff shall not be allowed to recover emotional distress or punitive damages as part of her Rehabilitation Act and Title VI claims.[1]

IT IS SO ORDERED, this 10th day of February, 2023.

                                        S/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA

---

[1] Although the Court has studied the parties' briefs and thoroughly considered their arguments, the Court finds it unnecessary to issue a detailed opinion, which the Court will do when it decides any future summary judgment motion.